FILED
JUN 1 8 2014
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. 12-40039 |
| vs. | ORDER ON MOTION |
| CARL CAMPBELL, a/k/a "Nutty Boy," a/k/a Carl Smith, a/k/a Karl Campbell, a/k/a Earl Campbell, a/k/a Carl Michael, | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pending is Defendant Carl Campbell's Motion to Unseal Portions of Discovery (Doc. 135). The Government has filed a Response (Doc. 138). A review of the file herein indicates Campbell is in the midst of an appeal before the Eighth Circuit Court of Appeals. Therefore, this court is without jurisdiction to consider the motion. *See United States v. Ledbetter*, 882 F.2d 1345 (8th Cir. 1989). Moreover, because Campbell is represented by court-appointed counsel, the court has no obligation to consider pro se motions. *See United States v. Pate*, 2014 WL 2434302 at *2 (8th Cir. June 6, 2014). Accordingly, it is hereby

ORDERED that Campbell's Pro Se Motion to Unseal Portions of Discovery (Doc. 135) is DENIED.

Dated this 18 day of June, 2014.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge